JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION TRUST FUND,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HERMAN FLORES, dba BHF ELECTRICAL CONTRACTORS,<br><br>　　　　　Defendant. | CASE NO.: 2: 04-cv-10011-FMC-PJWx<br><br>ASSIGNED TO HONORABLE FLORENCE-MARIE COOPER<br><br>**JUDGMENT** |

　　　This action came on regularly for hearing on August 4, 2008, before the above-entitled Court, the Honorable Florence-Marie Cooper, United States District Court Judge presiding, on Plaintiff's motion for summary judgment. J. Paul Moorhead of Laquer, Urban, Clifford & Hodge LLP appeared as counsel for Plaintiff. Marla B. Hendrickson of the Law Offices of Marla B. Hendrickson appeared as counsel for Defendant.

　　　Having fully considered all briefs, arguments, evidence and other matters presented, the Court finds that there is no disputed issue of material fact remaining for trial and concludes that Plaintiff is entitled to judgment as a matter of law, and for good cause shown,

///

///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that: Plaintiff Trustees of
2  the Southern California IBEW-NECA Pension Trust Fund shall recover from Defendant
3  Herman Flores, dba BHF Electrical Contractors, the principal amount of $24,669.75
4  (consisting of unpaid fringe benefit contributions of $16,855.07, liquidated damages of
5  $3,907.34, and prejudgment interest of $3,907.34), plus reasonable attorney's fees and costs
6  together with post-judgment interest as provided by law.

9  DATED: October 2, 2008     _____
                              UNITED STATES DISTRICT JUDGE

147149.1

2                                                   Judgment